```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :          1:24CR00573
    -against-                       :
                                    :           ORDER
Brian Gutierrez                     :
                                    :
    Defendant                       :
                                    :
------------------------------------X
```

Ronnie Abrams., United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's release conditions be modified to include drug testing and treatment as directed by Pretrial Services.

Dated: New York, New York
October 28, 2024

SO ORDERED:

_____
Honorable Ronnie Abrams
United States District Judge